Order Filed on September 6,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>827543<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Wells Fargo Bank, N.A. Bank, N.A.** |

| In Re:<br><br>TAMARA G. BLACK a/k/a TAMARA BLACK a/k/a TAMARA G. PAINO | Case No: 19-22693 - JKS<br><br>Hearing Date: 08/22/2019<br><br>Judge:  John K. Sherwood |
|---|---|

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 6, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 827543**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for Wells Fargo Bank, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| TAMARA G. BLACK A/K/A TAMARA BLACK A/K/A TAMARA G. PAINO | CASE NO. 19-22693 - JKS |
| | CHAPTER 13 |
| Debtor | ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 08/22/2019 |

    **This Order pertains to the property located at 171 DYER AVENUE, EMERSON, NJ 07630-1205, mortgage account ending with "3387";**

    **THIS MATTER** having been brought before the Court by, Cassandra C. Norgaard, Esquire, Esquire attorney for debtor, Tamara G. Black upon the filing of a Chapter 13 Plan, Wells Fargo Bank, N.A. Bank, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS** on the                         day of                         , 2019, ORDERED as follows:

    1.    Wells Fargo Bank, N.A. has filed a valid, secured Proof of Claim in the amount of **$39,272.49** (claim no. 2).

    2.    The Trustee is authorized not to pay the secured arrearage claim of Wells Fargo Bank, N.A. in the amount of **$39,272.49** (claim no. 2), so debtors can apply and potentially complete a loan modification. Should the debtors qualify for a loan modification, the loan modification must be approved no later than **October 29, 2019 or as extended by court**.

    3.    If Loan Modification is approved, Wells Fargo Bank, N.A. shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.    If a loan modification is not approved by **October 29, 2019 or as extended by court**, the debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

      5.     Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

      6.     This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.