| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>NORGAARD O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone Number (201) 871-1333<br>Facsimile Number (201) 871-3161<br>Attorneys for Debtor<br>By: Cassandra C. Norgaard, Esq. - (CN-8365) | Order Filed on November 4, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>TAMARA BLACK,<br>              Debtor. | Case No.:    19-22693<br><br>Chapter:    13<br><br>Judge:    John K. Sherwood |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 4, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___July 29, 2019___ :

Property:    171 Dyer Avenue, Emerson, NJ 07630

Creditor:    Blue Water Investment Holding LLC formely with Wells Fargo Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor's Counsel___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___1/27/20___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2