| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 827543 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for WELLS FARGO BANK, N.A. | |
| In Re: <br><br> TAMARA G. BLACK A/K/A TAMARA G. PAINO | Case No: 19-22693 - JKS <br><br> Judge: JOHN K. SHERWOOD <br><br> Chapter: 13 |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Andrew L. Spivack, Esquire will be substituted for as attorney of record for secured creditor WELLS FARGO BANK, N.A. in this case.[1]

Date: December 26, 2019         /s/ Nicholas V. Rogers, Esq.
                                Nicholas V. Rogers, Esq.
                                Withdrawing Attorney

Date: December 26, 2019         /s/ Andrew Spivack, Esq.
                                Andrew Spivack, Esq.
                                Superseding Attorney
                                Andrew Spivack, Esq.
                                Phelan Hallinan & Diamond, PC
                                1617 JFK Boulevard, Suite 1400
                                Philadelphia, PA 19103
                                Tel: 856-813-5500, Ext. 1566
                                Fax: 856-813-5501
                                E-mail:
                                andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>827543<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | |
| In Re:<br><br>Tamara G. Black a/k/a Tamara G. Paino | Case No: 19-22693 - JKS<br><br>Judge: John K. Sherwood<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, James Graham:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 26, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: December 26, 2019            /s/ *James Graham*
                                            James Graham

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tamara G. Black<br>171 Dyer Avenue<br>Emerson, NJ 07630 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Cassandra C. Norgaard, Esq.<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Esq.<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

CASSANDRA C. NORGAARD, ESQ.
NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ 07631

3