CASSANDRA C. NORGAARD
NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
**Chapter 13 Case # 19-22693**

| Re: | TAMARA G. BLACK | Atty: | CASSANDRA C. NORGAARD |
|---|---|---|---|
| | 171 DYER AVENUE | | NORGAARD O'BOYLE |
| | EMERSON, NJ  07630 | | 184 GRAND AVENUE |
| | | | ENGLEWOOD, NJ  07631 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $1,800.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/23/2019 | $50.00 | 26087105687 | 07/23/2019 | $50.00 | 26087105676 |
| 09/06/2019 | $50.00 | 6158135000 | 10/04/2019 | $50.00 | 6232029000 |
| 11/08/2019 | $50.00 | 6318461000 | | | |

**Total Receipts: $250.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $250.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 9.95 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BLUEWATER INVESTMENT HOLDING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0005 | T MOBILE/T-MOBILE USA INC | UNSECURED | 648.92 | * | 0.00 | |
| 0006 | AMERIFINANCIAL SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | AMERIFINANCIAL SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CREDIT COLLECTION SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | EOS CCA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FORD MOTOR CREDIT CO. | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LINCOLN AUTOMOTIVE FINANCIAL SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | RECEIVABLES PERFORMANCE MANAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | SEVENTH AVENUE | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | UROLOGY PA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 5,377.37 | * | 0.00 | |

**Total Paid:  $9.95**
See Summary

**Chapter 13 Case # 19-22693**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $250.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $9.95    =    Funds on Hand: $240.05

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.