UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

827496
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

In Re:

TAMARA G. BLACK A/K/A TAMARA G. PAINO

Case No: 19-22693 - JKS

Hearing Date:

Judge: JOHN K. SHERWOOD

Chapter: 13

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Please withdraw the Notice of Appearance filed on July 18, 2019 by Nicholas V. Rogers, Doc #19.

Date:  January 17, 2020           /s/ Robert J. Davidow
                                  Signature

*rev.8/1/15*