Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22693−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamara G. Black
   aka Tamara G. Paino
   171 Dyer Avenue
   Emerson, NJ 07630

Social Security No.:
   xxx−xx−6608

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*46* − Application for Extension of Loss Mitigation Period. Filed by Cassandra C. Norgaard on behalf of Tamara G. Black. Objection deadline is 2/6/2020. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Norgaard, Cassandra)

*48* − Objection to APPLICATION FOR EXTENSION OF LOSS MITIGATION (related document:46 Application for Extension of Loss Mitigation Period. Filed by Cassandra C. Norgaard on behalf of Tamara G. Black. Objection deadline is 2/6/2020. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Debtor Tamara G. Black) filed by Brian C. Nicholas on behalf of BlueWater Investment Holdings, LLC. (Attachments: # 1 Exhibit "A" # 2 Certificate of Service) (Nicholas, Brian)

Dated: 2/6/20

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court