Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–22693–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamara G. Black
   aka Tamara G. Paino
   171 Dyer Avenue
   Emerson, NJ 07630

Social Security No.:
   xxx–xx–6608

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*46* – Application for Extension of Loss Mitigation Period. Filed by Cassandra C. Norgaard on behalf of Tamara G. Black. Objection deadline is 2/6/2020. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Norgaard, Cassandra)

*48* – Objection to APPLICATION FOR EXTENSION OF LOSS MITIGATION (related document:46 Application for Extension of Loss Mitigation Period. Filed by Cassandra C. Norgaard on behalf of Tamara G. Black. Objection deadline is 2/6/2020. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Debtor Tamara G. Black) filed by Brian C. Nicholas on behalf of BlueWater Investment Holdings, LLC. (Attachments: # 1 Exhibit "A" # 2 Certificate of Service) (Nicholas, Brian)

Dated: 2/6/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-22693-JKS
Tamara G. Black                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Feb 06, 2020
                             Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db            +Tamara G. Black,    171 Dyer Avenue,    Emerson, NJ 07630-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Brian C. Nicholas    on behalf of Creditor    BlueWater Investment Holdings, LLC
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Cassandra C. Norgaard    on behalf of Debtor Tamara G. Black cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
           phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    BlueWater Investment Holdings, LLC
           rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8