Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22693−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Tamara G. Black
 aka Tamara G. Paino
 171 Dyer Avenue
 Emerson, NJ 07630

Social Security No.:
 xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:  4/23/20
Time:  10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
$848.0

EXPENSES
$308.06

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 23, 2020
JAN:

                                                            Jeanne Naughton
                                                            Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 19-22693-JKS
Tamara G. Black                                                  Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2     Date Rcvd: Mar 23, 2020
                               Form ID: 137                 Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db             +Tamara G. Black,    171 Dyer Avenue,    Emerson, NJ 07630-1205
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518347987       Amerifinancial Solutions,    PO Box 602570,    Charlotte, NC 28260-2570
518347988       Andrew Selkow, Esq.,    1236 Brace Rd Ste K,    Cherry Hill, NJ 08034-3229
518474360       BlueWater Investment Holdings, LLC,     PO Box 814609,   Dallas, TX   75381-4609
518474361       BlueWater Investment Holdings, LLC,     PO Box 814609,   Dallas, TX   75381-4609,
                 BlueWater Investment Holdings, LLC,    PO Box 814609,   Dallas, TX   75381-4609
518347990       EOS CCA,   PO Box 981008,    Boston, MA 02298-1008
518347991       Ford Motor Credit Company,    1335 S Clearview Ave,    Mesa, AZ 85209-3376
518394479      +Ford Motor Credit Company, LLC,    Morgan, Bornstein and Morgan,    1236 Brace Road, Suite K,
                 Cherry Hill, NJ 08034-3229
518347992       Glen Garbus, Esq.,    Forster, Garbus & Garbus,    7 Banta Pl,   Hackensack, NJ 07601-5604
518347993       Lincoln Automotive Financial,    PO Box 542000,    Omaha, NE 68154-8000
518323445       Phelan Hallinan Diamond & Jones PC,     400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
518386495      +The Valley Hospital,    223 N Van Dien Ave,    Ridgewood, NJ 07450-2736
518386496      +Urology PA,    4 Godwin Ave,   Midland Park, NJ 07432-1973
518394337       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
518323446       Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2020 23:47:53      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2020 23:47:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2020 23:49:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,   Norfolk, VA 23541-1021
518347989       E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 23 2020 23:48:23
                 Credit Collection Service,    PO Box 607,   Norwood, MA 02062-0607
518347994       E-mail/Text: bankruptcydpt@mcmcg.com Mar 23 2020 23:47:50      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
518347996       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2020 23:48:52
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
518347997       E-mail/Text: Supportservices@receivablesperformance.com Mar 23 2020 23:48:19
                 Receivables Performance Management LLC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
518347998       E-mail/Text: bankruptcy@sccompanies.com Mar 23 2020 23:48:35      Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
518326419      +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2020 23:49:49      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518348201      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2020 00:01:36      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518387205*      Midland Funding,    8875 Aero Dr.,   Ste. 200,    San Diego, CA 92123-2255
518347995*      Phelan Hallinan Diamond & Jones PC,     400 Fellowship Rd Ste 100,   Mount Laurel, NJ 08054-3437
518347999*      Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 23, 2020
                              Form ID: 137             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2020 at the address(es) listed below:
              Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Brian C. Nicholas     on behalf of Creditor    BlueWater Investment Holdings, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Cassandra C. Norgaard     on behalf of Debtor Tamara G. Black cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon     on behalf of Creditor    BlueWater Investment Holdings, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz     on behalf of Creditor    BlueWater Investment Holdings, LLC
               rsolarz@kmllawgroup.com
              Robert  Davidow     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```