UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
Attorneys for Debtor
By: Cassandra C. Norgaard, Esq. - (CN-8365)

Order Filed on April 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TAMARA BLACK,
                    Debtor.

Case No.: 19-22693

Chapter: 13

Judge: John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 3, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  July 29, 2019          :

Property:      171 Dyer Avenue, Emerson, NJ 07630

Creditor:      Blue Water Investment Holding LLC formely with Wells Fargo Bank

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  attorney the debtor         , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☐ The Loss Mitigation Period is extended up to and including _____.

☒ The Loss Mitigation Period is terminated, effective  upon entry of this Order          .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Tamara G. Black  
    Debtor

Case No. 19-22693-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 03, 2020  
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.  
db    +Tamara G. Black,   171 Dyer Avenue,   Emerson, NJ 07630-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:  
    Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
    Brian C. Nicholas    on behalf of Creditor    BlueWater Investment Holdings, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Cassandra C. Norgaard    on behalf of Debtor Tamara G. Black cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
    Denise E. Carlon    on behalf of Creditor    BlueWater Investment Holdings, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC as servicer for BlueWater Investment Holdings, LLC bankruptcy@friedmanvartolo.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association phillip.raymond@mccalla.com  
    Rebecca Ann Solarz    on behalf of Creditor    BlueWater Investment Holdings, LLC rsolarz@kmllawgroup.com  
    Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 10