Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22693−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamara G. Black
   aka Tamara G. Paino
   171 Dyer Avenue
   Emerson, NJ 07630

Social Security No.:
   xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 27, 2019.

On 06/03/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:            June 25, 2020
Time:            08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 4, 2020
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-22693-JKS
Tamara G. Black                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 2              Date Rcvd: Jun 04, 2020
                              Form ID: 185                   Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db            +Tamara G. Black,    171 Dyer Avenue,    Emerson, NJ 07630-1205
cr            +Fay Servicing, LLC,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                New York, NY 10004-1734
cr            +Fay Servicing, LLC as servicer for BlueWater Inves,    Friedman Vartolo, LLP,    85 Broad Street,
                Suite 501,    Garden City, NY 10004-1734
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
518347987      Amerifinancial Solutions,    PO Box 602570,    Charlotte, NC 28260-2570
518347988      Andrew Selkow, Esq.,    1236 Brace Rd Ste K,    Cherry Hill, NJ 08034-3229
518474360      BlueWater Investment Holdings, LLC,    PO Box 814609,    Dallas, TX  75381-4609
518474361      BlueWater Investment Holdings, LLC,    PO Box 814609,    Dallas, TX  75381-4609,
                BlueWater Investment Holdings, LLC,    PO Box 814609,    Dallas, TX  75381-4609
518347990      EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
518347991      Ford Motor Credit Company,    1335 S Clearview Ave,    Mesa, AZ 85209-3376
518394479     +Ford Motor Credit Company, LLC,    Morgan, Bornstein and Morgan,    1236 Brace Road, Suite K,
                Cherry Hill, NJ 08034-3229
518347992      Glen Garbus, Esq.,    Forster, Garbus & Garbus,    7 Banta Pl,    Hackensack, NJ 07601-5604
518347993      Lincoln Automotive Financial,    PO Box 542000,    Omaha, NE 68154-8000
518323445      Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ  08054-3437
518386495     +The Valley Hospital,    223 N Van Dien Ave,    Ridgewood, NJ 07450-2736
518386496     +Urology PA,    4 Godwin Ave,    Midland Park, NJ 07432-1973
518394337      Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
518323446      Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA  50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2020 23:34:56     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2020 23:34:53     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 23:31:49
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518347989      E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 04 2020 23:35:32
                Credit Collection Service,    PO Box 607,    Norwood, MA 02062-0607
518347994      E-mail/Text: bankruptcydpt@mcmcg.com Jun 04 2020 23:34:52     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
518856341     +E-mail/Text: ccd@oru.com Jun 04 2020 23:34:48     Orange & Rockland Electric,    390 W Route 59,
                Spring Valley, NY 10977-5345
518347996      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:03
                Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
518347997      E-mail/Text: Supportservices@receivablesperformance.com Jun 04 2020 23:35:30
                Receivables Performance Management LLC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
518347998      E-mail/Text: bankruptcy@sccompanies.com Jun 04 2020 23:35:45     Seventh Avenue,    1112 7th Ave,
                Monroe, WI 53566-1364
518326419     +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 23:32:31     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518348201     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 04 2020 23:43:10     T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518387205*       Midland Funding,    8875 Aero Dr.,    Ste. 200,    San Diego, CA 92123-2255
518347995*       Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
518347999*       Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2                 Date Rcvd: Jun 04, 2020
                              Form ID: 185               Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    BlueWater Investment Holdings, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Cassandra C. Norgaard    on behalf of Debtor Tamara G. Black cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor    BlueWater Investment Holdings, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC as servicer for BlueWater
               Investment Holdings, LLC bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    BlueWater Investment Holdings, LLC
               rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```