| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for Fay Servicing, LLC as Servicer for U.S. Bank National Association, not individually but solely as Trustee for Bluewater Investment Trust 2018-1<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br>IN RE:<br><br>Tamara G. Black<br>aka Tamara G. Paino<br><br>Debtors | Order Filed on June 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>CASE NO.: 19-22693<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>John K. Sherwood<br><br>HEARING DATE:<br>June 11, 2020 at 10:00 AM |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 15, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Fay Servicing, LLC as Servicer for U.S. Bank National Association, not individually but solely as Trustee for Bluewater Investment Trust 2018-1, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 171 Dyer Avenue, Emerson, NJ 07630

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Fay Servicing, LLC as Servicer for U.S. Bank National Association, not individually but solely as Trustee for Bluewater Investment Trust 2018-1, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 171 Dyer Avenue, Emerson, NJ 07630; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $400.00 and costs in the amount of $181.00; and it is further

**ORDERED**, that Movant is permitted to offer and provide Debtor(s) with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, refinance agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with the Debtor(s) without further order of the Court; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Tamara G. Black  
    Debtor

Case No. 19-22693-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jun 15, 2020  
                 Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db         +Tamara G. Black,   171 Dyer Avenue,   Emerson, NJ 07630-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        Brian C. Nicholas    on behalf of Creditor    BlueWater Investment Holdings, LLC
         bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Cassandra C. Norgaard    on behalf of Debtor Tamara G. Black cnorgaard@norgaardfirm.com,
         sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Denise E. Carlon    on behalf of Creditor    BlueWater Investment Holdings, LLC
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC as servicer for BlueWater
         Investment Holdings, LLC bankruptcy@friedmanvartolo.com
        Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
         phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    BlueWater Investment Holdings, LLC
         rsolarz@kmllawgroup.com
        Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 11