Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−22693−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamara G. Black
   aka Tamara G. Paino
   171 Dyer Avenue
   Emerson, NJ 07630

Social Security No.:
   xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/1/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: June 1, 2021
JAN: zlh

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-22693-JKS
Tamara G. Black  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Jun 01, 2021      Form ID: 148      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamara G. Black, 171 Dyer Avenue, Emerson, NJ 07630-1205 |
| cr | + | Fay Servicing, LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Fay Servicing, LLC as servicer for BlueWater Inves, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, Garden City, NY 10004-1734 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518347987 | | Amerifinancial Solutions, PO Box 602570, Charlotte, NC 28260-2570 |
| 518347988 | | Andrew Selkow, Esq., 1236 Brace Rd Ste K, Cherry Hill, NJ 08034-3229 |
| 518474360 | | BlueWater Investment Holdings, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518474361 | | BlueWater Investment Holdings, LLC, PO Box 814609, Dallas, TX 75381-4609, BlueWater Investment Holdings, LLC, PO Box 814609 Dallas, TX 75381-4609 |
| 518347990 | | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 518394479 | + | Ford Motor Credit Company, LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518347992 | | Glen Garbus, Esq., Forster, Garbus & Garbus, 7 Banta Pl, Hackensack, NJ 07601-5604 |
| 518323445 | | Phelan Hallinan Diamond & Jones PC, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518386495 | + | The Valley Hospital, 223 N Van Dien Ave, Ridgewood, NJ 07450-2736 |
| 518386496 | + | Urology PA, 4 Godwin Ave, Midland Park, NJ 07432-1973 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2021 22:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2021 22:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jun 02 2021 02:03:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518347989 | | EDI: CCS.COM | Jun 02 2021 02:03:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 518347991 | | EDI: FORD.COM | Jun 02 2021 02:03:00 | Ford Motor Credit Company, 1335 S Clearview Ave, Mesa, AZ 85209-3376 |
| 518347993 | | EDI: FORD.COM | Jun 02 2021 02:03:00 | Lincoln Automotive Financial, PO Box 542000, Omaha, NE 68154-8000 |
| 518347994 | | EDI: MID8.COM | Jun 02 2021 02:03:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 518856341 | + | Email/Text: ccd@oru.com | Jun 01 2021 22:43:00 | Orange & Rockland Electric, 390 W Route 59, Spring Valley, NY 10977-5345 |
| 518347996 | | EDI: PRA.COM | Jun 02 2021 02:03:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 518347997 | | Email/Text: Supportservices@receivablesperformance.com | Jun 01 2021 22:44:00 | Receivables Performance Management LLC, 20816 44th Ave W, Lynnwood, WA 98036-7744 |

| Recip ID | | Bypass | Date/Time | Name and Address |
|---|---|---|---|---|
| 518347998 | | EDI: CBS7AVE | Jun 02 2021 02:03:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518326419 | + | EDI: RMSC.COM | Jun 02 2021 02:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518348201 | + | EDI: AIS.COM | Jun 02 2021 02:03:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518394337 | | EDI: WFFC.COM | Jun 02 2021 02:03:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 518323446 | | EDI: WFFC.COM | Jun 02 2021 02:03:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518387205 | * | Midland Funding, 8875 Aero Dr., Ste. 200, San Diego, CA 92123-2255 |
| 518347995 | * | Phelan Hallinan Diamond & Jones PC, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518347999 | * | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

**Name**          **Email Address**

Brian C. Nicholas
    on behalf of Creditor BlueWater Investment Holdings  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Cassandra C. Norgaard
    on behalf of Debtor Tamara G. Black cnorgaard@norgaardfirm.com
    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
    on behalf of Creditor BlueWater Investment Holdings  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing  LLC as servicer for BlueWater Investment Holdings, LLC bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing  LLC bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 01, 2021 | Form ID: 148 | Total Noticed: 29 |

|  |  |
|---|---|
|  | magecf@magtrustee.com |
| Phillip Andrew Raymond | |
|  | on behalf of Creditor U.S. Bank National Association phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | |
|  | on behalf of Creditor BlueWater Investment Holdings  LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9